IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| RAVINDRA SINGH, PH.D., § <br> PLAINTIFF, § <br> § <br> V. § <br> § <br> EXTENDED STAY AMERICA, INC., § <br> ESH HOSPITALITY INC., § <br> EXTENDED STAY MANAGEMENT, § <br> LLC., P PORTFOLIO LESSEE, BRUCE § <br> N. HAASE, PRESIDENT/CEO, § <br> MURRAY TYLER, BRIAN MORGAN, § <br> JOHN DOE 1, JOHN DOE 2, AND § <br> JOHN DOE 3, § <br> DEFENDANTS. § | CAUSE NO. 1:20-CV-1128-LY |

## **FINAL JUDGMENT**

Before the court is the above-styled and numbered cause. On this date, the court dismissed Defendants Murray Tyler, Brian Morgan, ESH Hospitality Inc., P. Portfolio Lessee, and the "Doe" defendants—John Doe 1, John Doe 2, and John Doe 3—from this case. The court also dismissed *pro se* Plaintiff Ravindra Singh's claims against Defendants Extended Stay America, Inc. and ESA Management, LLC. As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this ___18th___ day of August, 2021.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE